# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**DAVID WARREN GALVIN, JR.,**
and **SUSAN E. GALVIN,**

    Plaintiffs,

v.                             Case No. 3:24-cv-340-TKW-HTC

**PAM CHILDERS,**

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6) and Plaintiffs' objection (Doc. 8). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of subject-matter jurisdiction.

The Court did not overlook Plaintiffs' argument that they "DID NOT and DO NOT consent to the magistrate judge's handling any portion of this case," but that argument is frivolous because the parties' consent is not required to refer a case to a magistrate judge under 28 U.S.C. §636(b)(1)(B) for the issuance of a report and recommendation. *See*, *e.g., Wright v. Sprayberry*, 817 F. App'x 725, 729 (11th Cir. 2020); *U.S. Bank, N.A. as trustee for LSF8 Master Participation Tr. v. Tobin*, 754

F. App'x 843, 846 (11th Cir. 2018).  And that is what was done in this case.  *See* N.D. Fla. Loc. R. 72.2(E) (explaining that pro se cases filed by non-prisoners will be referred to the magistrate judge "for all proceedings, including … filing of a report and recommendation containing proposed findings of fact and conclusions of law and recommending disposition of the case").

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

3. All pending motions are **DENIED as moot**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 5th day of August, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**